UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE A. DYER,

               Plaintiff,

v.                                 Case No:  2:11-cv-577-FtM-38DNF

HARBOR FUNDING GROUP, INC.
and MICHAEL D. GARBER,

               Defendants.

_____/

**ORDER**[1]

      This matter comes before the Court on review of the file.  On September 3, 2013, Defendant Michael D. Garber filed an Answer to Second Amended Complaint and asserted a cross-claim against Defendant Harbor Funding Group, Inc.  (Doc. #68 at 13-14).  To date, Defendant Harbor Funding has not answered the cross-claim.

      On May 27, 2014, the Court ordered Defendant Garber to show cause why it should not dismiss the cross-claim for improper service on Defendant Harbor Funding and/or for failure to prosecute.  (Doc. #88).  Importantly, the Court cautioned Plaintiff that his failure to comply with its Order would result in the dismissal of his cross-claim without further notice.  (Doc. #88).  Despite the Court's caution, Defendant Garber has not filed a response to the Court's Order (Doc. #88), and the time to do so has expired.   The Court,

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

therefore, will dismiss Defendant Garber's cross-claim against Defendant Harbor Funding Group, Inc. without prejudice.

Accordingly, it is now

**ORDERED:**

Defendant Michael D. Garber's cross-claim against Defendant Harbor Funding Group, Inc. is **DISMISSED without prejudice**.  (Doc. #68).

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record