UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE A. DYER, an individual

      Plaintiff,

v.                              Case No:   2:11-cv-577-FtM-38DNF

HARBOR  FUNDING  GROUP,  INC.
and MICHAEL D. GARBER,

      Defendants.
_____/

## ORDER

This matter comes before the Court upon review of the file.  On October 25, 2013, a Case Management and Scheduling Order was entered which scheduled a final pretrial conference for September 5, 2014.  The Court finds the case is not ripe for a final pretrial conference and will cancel the hearing as scheduled.  A final pretrial conference will be rescheduled under separate cover should the case near trial posture.

Accordingly, it is now

**ORDERED:**

The final pretrial conference scheduled for September 5, 2014 is **CANCELLED**. The hearing will be rescheduled under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record