UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE A. DYER, an individual

    Plaintiff,

v.                              Case No: 2:11-cv-577-FtM-38DNF

STEWART TITLE GUARANTY COMPANY, GLOBAL COMMUNITY DEVELOPMENT, LLC, THE SQUAD d/b/a THE TITLE CONNECTION, LESLIE YOUNGER CUMMINGS, HARBOR FUNDING GROUP, INC., and MICHAEL D. GARBER, ESQ.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the file. On June 19, 2014, Plaintiff filed an Amended Motion for Final Default Judgment Against Defendant, Harbor Funding Group, Inc. (Doc. #94). Plaintiff, however, failed to attach to the motion the referenced Affidavit As to Amounts Due and Owing. (Doc. #94). Per the Court's instruction, Plaintiff refiled another Amended Motion (Doc. #95) on July 10, 2014, which included the Affidavit.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Since the Court entered an Order (Doc. #98) ruling on the refiled Amended Motion for Final Default Judgment (Doc. #95), the Court will now deny the original Amended Motion for Final Default Judgment (Doc. #94) as moot.

Accordingly, it is now

**ORDERED:**

Plaintiff Michelle A. Dyer's Amended Motion for Default Judgment Against Defendant, Harbor Funding Group, Inc. (Doc. #94) is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record