UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE A. DYER, an individual

    Plaintiff,

v.                                                                                          Case No:   2:11-cv-577-FtM-38DNF

STEWART TITLE GUARANTY COMPANY, GLOBAL COMMUNITY DEVELOPMENT, LLC, THE SQUAD d/b/a THE TITLE CONNECTION, LESLIE YOUNGER CUMMINGS, HARBOR FUNDING GROUP, INC., and MICHAEL D. GARBER, ESQ.,

    Defendants.
_____/

## **ORDER**[1]

    This matter comes before the Court on review of the file.  On May 20, 2014, Plaintiff Michelle A. Dyer and Defendant Michael D. Garber filed a Notice of Settlement (Doc. #86).  The Court thereafter directed Plaintiff and Defendant Garber to submit a stipulated dismissal of claims against Defendant Garber by June 18, 2014.  (Doc. #90).  The Court advised the parties that it would dismiss Plaintiff's case as to Defendant Garber with prejudice and without further order if the parties did not file the stipulation or request an extension of time to do so.  (Doc. #90 at 2).  To date, Plaintiff and Defendant Garber have

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

neither filed a stipulated dismissal nor moved for an extension of time. The Court, therefore, will dismiss Plaintiff's claims against Defendant Garber with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Michelle A. Dyer's claims as to Defendant Michael D. Garber are **dismissed with prejudice**.

(2) The Clerk of Court is **DIRECTED** to terminate any pending motions and close the case as to Defendant Michael D. Garber.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record